UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIBIA

GEORGE LARDNER,           :
                          :
        Plaintiff,        :
                          :
v.                        :    C. A. No. 03-0874 (HHK)
                          :
FEDERAL BUREAU OF         :
    INVESTIGATION, et al. :       :
                          :
        Defendants        :

PLAINTIFF'S MOTION TO COMPELL DEFENDANT
TO RELEASE RECORDS IT TRANSFERRED TO THE
NATIONAL ARCHIVES BUT RETAINED COIPIES OF

Comes now the plaintiff, George Lardner, and moves the Court for an order requiring defendant Federal Bureau of Investigation ("FBI") to release to plaintiff George Lardner ("Lardner") records responsive to his requests which have been transferred to the National Archives and Records Administration ("NARA") but which it retains copies of (hereafter referred to as "President John F. Kennedy assassination records").[1]

---

[1] On May 18, 2009, plaintiff's counsel emailed defendant's counsel indicating he planned to file this motion if the FBI did not intend to make these records available. She responded by saying that she would contact the FBI and get back to undersigned counsel "next week." After that period passed without response, the undersigned counsel left further email and telephonic messages which to date have not been responded to.

The FBI submitted a status report on May 15, 2009, which was accompanied by a Stauts Declaration of David M. Hardy.  While the FBI conceded that it had to locate and process certain ELSUR ("electronic surveillance materials, it did not address the status of others and did not accept plaintiff's position, set forth in his pending cross-motion for summary judgment, that the <u>Vaughn</u> sample index requires reprocessing of all the records at issue.  The FBI also conceded that it maintains copies of records pertaining to the assassination of President John F. Kennedy which it had transferred to NARA.  Indeed, the FBI states that "[a]s a result of its search for documents accessioned to NARA, the FBI located approximately 1,790 pages." FBI's May 15, 2009 Status Report at 5.

The FBI also states that it sent this material to NARA by letter dated May 8, 2009, and that NARA has advised it that researchers may access the originals of these records, which are mostly open in full, at NARA's Textual Research Room at College Park, Maryland.

This attempt to avoid its obligation to produce the requests requested by Lardner is directly contrary to well-established precedent.  As the United States Court of Appeals said in <u>Morley v. C.I.A.</u>, 508 F.3d 1108, 1119 (D.C.Cir.2007), "[t]he Supreme Court has held that `an agency has [] "`withheld'" a document under its control when, in

denying an otherwise valid request, it directs the requester to a place outside of the agency where the document may be publicly available.'" <u>Morely</u> at 1119, quoting <u>U. S. Dept. of Justice v. Tax Analysts</u>, 492 U.S. 136, 150 (1989).

Accordingly, the JFK Act records which the FBI has identified as being within its control even though the originals have been transferred to NARA must be released to Lardner. Given that some 16 years have now passed since Lardner made his original request to the FBI for these records, and considering that NARA has indicated, and the FBI has agreed, that only minimal information has been withheld from these records, this Court should order them released in 30 days or less.

                                                Respectfully submitted

                                        /s/ James H. Lesar
                                        James H. Lesar #114413
                                        1003 K Street, N.W.
                                        Suite 640
                                        Washington, D.C. 20001
                                        \\Phone:  (202) 393-1921

                                        **Counsel for Plaintiff**

Dated: May 28, 2009

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIBIA

GEORGE LARDNER,                  :
                                 :
    Plaintiff,                   :
                                 :
v.                               :     C. A. No. 03-0874 (HHK)
                                 :
FEDERAL BUREAU OF                :
    INVESTIGATION, et al.       :
                                 :
    Defendants                   :

ORDER

Upon consideration of plaintiff's motion for an order compelling release of the JFK assassination records which the FBI has identified as responsive to his request, it is by this Court this _____ day of June, 2009, hereby

ORDERED, that within _____ days of the date of this Order, defendant Federal Bureau of Investigation whall release to plaintiff all of the approximately 1,790 nonexempt pages or nonexempt portions thereof it has identified as being President John F. Kennedy Assassination records responsive to plaintiff's requests in this action

_____
**UITED STATES DISTRICT OURT**