UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEGE LARDNER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 03-874 (HHK) |
| ) | |
| FEDERAL BUREAU ) | |
| OF INVESTIGATION, et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

In this Freedom of Information Act (FOIA) case, the Court has ordered the FBI to reprocess roughly 60,000 pages of responsive documents and submit a Vaughn Index of a sample selected by the Plaintiff. See ECF No. 99, Mem Opin at 15. The parties agreed to submit a joint status report roughly every two months outlining the progress with the production of responsive documents and a schedule for the FBI's submission of a Vaughn Index and any subsequent filing of dispositive motions.

The FBI anticipated processing approximately 5,000 pages per month with rolling releases each month starting in June 2012 and anticipated complete production by June 2013.[1] The FBI is on schedule with its anticipated production. The FBI most recently released documents in July of 2012. The parties will continue to file a status report every two months until the FBI completes its reprocessing of the roughly 60,000 responsive pages.

The Plaintiff will then select a sample of no more than 400 pages after the FBI's processing of the first 10,000 pages. The FBI will file a Vaughn Index based on the sample

---

[1] d  To clarify, the FBI will not release 5,000 pages per month but process this amount and each month release non-exempt portions.

within 60 days.  The Plaintiff will evaluate the Vaughn Index and determine if there is still a need for further litigation.  The parties will then file a status report with a proposed briefing schedule.

Dated:  August 1, 2012                                       Respectfully submitted,

| /s/<br>JAMES H. LESAR<br>D.C. Bar # 114413<br>1003 K Street, N.W.<br>Suite 640<br>Washington, D.C.  20001<br><br>Counsel for Plaintiffs | RONALD C. MACHEN JR.<br>D.C. Bar #447889<br>United States Attorney<br><br>DANIEL F. VAN HORN<br>D.C. Bar # 924092<br>Acting Chief, Civil Division<br><br> /s/<br>ANDREA McBARNETTE<br>D.C. Bar  # 483789<br>Assistant United States Attorney<br>555 Fourth Street,  N.W.<br>Washington, D.C. 20530<br>(202) 514-7153<br>Andrea.McBarnette@usdoj.gov<br><br>Counsel for Defendant |